```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
    MUHARREM BALKANLI,                                     :
                                                           :
                              Plaintiff,                   :
                                                           :       1:21-mc-507-GHW
                 -against-                                 :       ORDER
                                                           :
    STEPHEN KNATZ, et al.,                                 :
                                                           :
                              Defendants.                  :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2021

GREGORY H. WOODS, United States District Judge:

WHEREAS Plaintiff filed this pro se action as a purported miscellaneous case (Dkt. 1);

WHEREAS Plaintiff's complaint asserts claims for trespass, forgery, and breach of contract (Dkt. 1);

WHEREAS Plaintiff's complaint does not fit any of the listed categories of miscellaneous matters;

IT IS HEREBY ORDERED:

1. The Clerk of Court is directed to open this case as a new civil action and assign the case to the Undersigned's docket.

2. The Clerk of Court is directed to terminate any pending motions and administratively close this miscellaneous case.

A copy of this order will be mailed by chambers

SO ORDERED.

Dated: July 7, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge